UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO PILCO

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 98-2191 (SEC)
Criminal No. 98-428-1 (SEC)

Section 2255

## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 2<br><br>Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. 2255. | Pursuant to Rule 4 of the "Rules Governing Proceedings in the United States District Courts Under Section 2255..." the United States Attorney shall, within ninety (90) days from the date of this Order, file an answer or other pleading in response to the 2255 Motion. |

In San Juan, Puerto Rico, this 30 day of June, 2000.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

