IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO PILCO

    Petitioner

v.                             Civil No. 98-2191(SEC)

UNITED STATES OF AMERICA

    Respondent

## JUDGMENT

Pursuant to an Opinion and Order of even date, the above-captioned case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

In San Juan, Puerto Rico, this ___ day of March, 2002.

SALVADOR E. CASELLAS
United States District Judge

s/cs:to ( 2 )
attys/pts
in ICMS

3/5/02