United States District Court for the
District of Puerto Rico

Civil No. 98-2191(SEC)

ORLANDO PILCO,
    Petitioner,
v.

UNITED STATES OF AMERICA,
    Respondent.

RECEIVED & FILED
MAR 2 6 2002
OFFICE CLERK, U.S. DISTRICT
SAN JUAN, P.R.

## Notice of Appeal

NOW COMES the petitioner in the above-captioned matter, Mr. Orlando Pilco, and gives notice hereby that he appeals to the United States District Court of Appeals for the First Circuit from the Judgment and Order dated March 4, 2002 dismissing his motion under 28 U.S.C. §2255 seeking to vacate, set aside, or correct his sentence and denying his request for a certificate of appealability.

Orlando Pilco,
by his attorney,

David A.F. Lewis, Esq.
One Broadway, Suite 600
Cambridge, MA 02142
617.625.0961

Dated: March 21, 2002

No Fees Paid 3/27/02

c: CCA 3/27/02

9